No. 73–475. SPILOTRO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–476. GROSS v. MEDICAL MUTUAL OF CLEVELAND, INC. C. A. 6th Cir. Certiorari denied.

No. 73–479. GEORGE BENZ & SONS v. BUTZ, SECRETARY OF AGRICULTURE. C. A. 8th Cir. Certiorari denied.

No. 73–481. HOUSTON NATURAL GAS CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 73–485. KOVATS v. FIRST NATIONAL BANK OF BROKEN ARROW. C. A. 10th Cir. Certiorari denied.

No. 73–486. VIRGIN ISLAND HOTEL ASSN. (U. S.), INC. v. VIRGIN ISLANDS WATER & POWER AUTHORITY. C. A. 3d Cir. Certiorari denied.

No. 73–490. VAN DE WALLE v. AMERICAN CYANAMID Co. C. A. 5th Cir. Certiorari denied.

No. 73–493. SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, AFL–CIO, ET AL. v. PIGNOTTI. C. A. 8th Cir. Certiorari denied.

No. 73–497. CANNON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 73–502. STRUMSKIS v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–503. RAMSEY ET AL. v. UNITED MINE WORKERS OF AMERICA. C. A. 6th Cir. Certiorari denied.